**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HICA EDUCATION LOAN CORP., | Civil Action No.: 11-698 (JLL) |
| Plaintiff, | |
| v. | |
| SHERIF S. RADWAN, | **O R D E R** |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) as to Defendant Edwin Roman [Entry No. 11]. This motion is unopposed. The Court has considered Plaintiff's submissions and it appearing that:

1. Plaintiff asks the Court to enter judgment against Defendant in various amounts, including prejudgment interest as well as post-judgment interest.

2. Plaintiff has not provided a specific figure as to the amount of prejudgment interest it seeks as of the return date of its motion or any documentation in support of any such amount.

3. Plaintiff has not provided a specific figure as to the amount of post-judgment interest that it seeks as of the return date of its motion or any documentation in support of any such amount.

Accordingly, **IT IS** on this **30th day of May, 2011**,

**ORDERED** that Plaintiff's motion for default judgment [Entry No. 11] is denied without prejudice to be refiled with a proposed order indicating the total amount of the judgment Plaintiff seeks that this Court enter as of the return date of such motion, including any specific prejudgment and post-judgment interest, and any and all documentation to support this figure.

/s/ Jose L. Linares
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE